No. — – ——. MOLINA v. UNITED STATES. Motion to direct the Clerk to file petition for writ of certiorari out of time denied. JUSTICE KENNEDY took no part in the consideration or decision of this motion.

No. — – ——. HARDWICK v. FLORIDA. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted.

No. A–922. TIMES MIRROR CO. ET AL. v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO (DOE, REAL PARTY IN INTEREST). Ct. App. Cal., 4th App. Dist. Application for stay, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. D–675. IN RE DISBARMENT OF PRICE. Disbarment entered. [For earlier order herein, see 485 U. S. 952.]

No. D–678. IN RE DISBARMENT OF FLUME. Disbarment entered. [For earlier order herein, see 485 U. S. 952.]

No. D–680. IN RE DISBARMENT OF MALONE. Disbarment entered. [For earlier order herein, see 485 U. S. 952.]

No. D–689. IN RE DISBARMENT OF TRILLING. Disbarment entered. [For earlier order herein, see 485 U. S. 974.]

No. D–694. IN RE DISBARMENT OF SMITH. Disbarment entered. [For earlier order herein, see 485 U. S. 985.]

No. D–698. IN RE DISBARMENT OF McCOY. Disbarment entered. [For earlier order herein, see 485 U. S. 985.]

No. D–720. IN RE DISBARMENT OF MACGUIRE. It is ordered that William Anthony MacGuire, of Orange, Va., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–721. IN RE DISBARMENT OF ROMAN. It is ordered that Peter Thomas Roman, of Dunedin, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.